IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00482-WYD-KMT

DIANA LEE FARRAH,

    Plaintiff,

v.

COLORADO COALITION FOR THE HOMELESS,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion for Voluntary Dismissal filed March 1, 2012.   Plaintiff seeks to voluntarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a).   After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed.   Accordingly, it is

ORDERED that Plaintiff's Motion for Voluntary Dismissal (ECF No. 4) is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1).

    Dated:   March 2, 2012.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE